1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4  NAHLA RAJAN (CABN 218838)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6838
7      Fax:  (415) 436-7234
       Email: nahla.rajan@usdoj.gov
8
9  Attorneys for Plaintiff

10                   UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12                       SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,    )   No. CR 06-0479 CRB
                                )
15                              )
           Plaintiff,           )   STIPULATION AND [~~PROPOSED~~]
16                              )   ORDER VACATING AND
       v.                       )   RESCHEDULING CHANGE OF
17                              )   PLEA HEARING
   HOWARD MICHAEL MACK,         )
18                              )
           Defendant.            )
19                              )

20     The parties have reached an resolution in the above captioned matter.  Pursuant to

21 the agreement, the United States has filed a Superseding Information charging Howard Michael

22 Mack with a Class A misdemeanor.  The parties respectfully request that this Court vacate the

23 change of plea hearing currently set before this Court on August 23, 2006, at 10:00 a.m., and set

24 the matter for arraignment as well as change of plea before the duty Magistrate, the Honorable

25 Joseph C. Spero, on August 23, 2006, at 9:30 a.m.  The parties will provide a copy of the

26 ///

27 ///

28 ///

Stipulation and [Proposed] Order
CR 05-0479 CRB

Information and the proposed plea agreement to the duty Magistrate by August 15, 2006.

IT IS SO STIPULATED:

                                          KEVIN V. RYAN
                                        United States Attorney

DATED: August 10, 2006                /S/
                                        NAHLA RAJAN
                                        Special Assistant United States Attorney

DATED: August 14, 2006                /S/
                                        GEOFFREY HANSEN
                                        Attorney for Defendant

## ORDER

The change of plea hearing currently set before this Court on August 23, 2006, at 10:00 a.m. is hereby vacated. The matter is reset for arraignment and change of plea before the duty Magistrate on August 23, 2006, at 9:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 15, 2006

                                        THE HONORABLE CHARLES R. BREYER
                                        United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]