KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0479 JCS |
| ) | |
| Plaintiff, ) | STIPULATION TO AMEND THE RESTITUTION PAYEE INCLUDED IN THE SENTENCING AND JUDGMENT |
| v. ) | |
| HOWARD MICHAEL MACK, ) | |
| Defendant. ) | |

    The parties in this matter appeared before the Court on December 1, 2006, for Judgment and Sentencing in the above captioned matter. At that hearing the Court imposed a sentence on defendant that included, among other conditions, a restitution payment of $9,385.00, that was to be paid in $50 monthly installments to the United States Social Security Administration (SSA). The government represented that payments were required to be made to the SSA because under the charging document (18 U.S.C. § 641 Theft of Government Property) the SSA was the victim of the fraud. The parties agreed with this representation, and the Court included the SSA as the payee of the restitution.

Stipulation
CR 06-0479 JCS

Subsequent to the sentencing hearing, it became apparent to the government that it was error to represent to the Court that the payments must be made to the SSA. In fact, under 18 U.S.C. § 3663A, the defendant shall "make restitution to the victim of the offense or, if the victim is deceased, to the victim's estate." *See* 18 U.S.C. § 3663A(a)(1). The victim in this case includes both the government, as well as the deceased Mr. Naatz (§ 3663A(a)(2) instructs that "victim" means a person directly and proximately harmed as a result of the offense or the defendant's criminal conduct). Here, Mr. Naatz was harmed by the defendant's criminal conduct of stealing from the United States government. Under § 3663A(a)(3), the Court shall order, if agreed by the parties in the plea agreement, restitution to persons other than the victim of the offense.

THE PARTIES HEREBY STIPULATE that the United States Social Security Administration should not be the payee for the restitution payments in the above captioned matter.

THE PARTIES FURTHER STIPULATE, and request the Court to include in the Judgment, that the designated payee of the restitution payments in the amount of $9,385.00, will be: The Estate of Kenneth Naatz, c/o Roberta M. Hayhurst, 7170 E. Princeton Ave. #1, Denver, CO 80237.

IT IS SO STIPULATED:

                                                KEVIN V. RYAN
                                                United States Attorney

DATED: 12/1/2006          /s/ Derek Owens
                                                DEREK R. OWENS
                                                Special Assistant United States Attorney

DATED: 12/1/2006          /s/ Geoff Hansen
                                                GEOFF HANSEN
                                                Federal Public Defender

Dated: 12/4/6

IT IS SO ORDERED
Judge Joseph C. Spero

Stipulation
CR 06-0479 JCS